IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 107-071 |
| | ) | |
| SHAWNTRAIL J. LEE | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Lee's motion to suppress is **DENIED**. (Doc. no. 17).

SO ORDERED this 17th day of December, 2007, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE